**E-Filed 4/1/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. LOCKE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, and DOES 1-40,<br><br>    Defendant. | Case Number C 08-1608<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING RESPONSE TO MOTIONS<br><br>[re: docket nos. 2,4,6,8,11,12,14] |

Plaintiff, Ronald A. Locke ("Locke") has requested that he be permitted to proceed *in forma pauperis*. An application to proceed *in forma pauperis* may be granted if the district court is satisfied that the plaintiff is unable to pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). Plaintiff's application indicates that he is unemployed and receiving government assistance. Accordingly, his application will be granted.

Locke also has filed the following motions: "Ex Parte Urgent Hardship Relief Motion;" "Points and Authorities for Multiple Estoppel Issues (Estoppel, Collateral Estoppel, and Judicial Estoppel);" "Motion for Leave to file Brief Under 20 CFR § 404.949;" "Motion for a Judicial

---

[1] This disposition is not designated for publication and may not be cited.

1  Notice Request of a Prior Adjudication of a Cuiab Decision;" and "Motion and Notice of Motion
2  for Judicially Developed Medical Records."  IT IS ORDERED as follows:
3      (1)    The Clerk of the Court shall (a) serve copies of Plaintiffs' motions and a copy of
4  this Order upon counsel for Defendant and (b) serve a copy of this Order on Petitioner.
5      (2)    Defendant shall, within thirty (30) days after receiving this Order, file a response
6  to the motions.
7      (3)    Petitioner may file a reply within twenty (20) days after receiving Defendant's
8  response.
9      (4)    Unless otherwise ordered by the Court, the motions will be deemed submitted
10 upon the filing of the reply or upon the expiration of time for filing a reply.

DATED: April 1, 2008

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2

3  **Ronald A. Locke**
33 Encina Avenue
4  Palo Alto, CA 94302
PRO SE

Case No. C08-1608
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING RESPONSE TO MOTIONS
(JFLC1)