\*\*E-Filed 9/13/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. LOCKE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case Number C 08-1608 JF (HRL)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>[re: document no. 42] |

On March 25, 2008, Plaintiff, proceeding *pro se*, filed the complaint in this action alleging wrongful denial of benefits by Defendant. Plaintiff subsequently filed a number of motions, including motions seeking: leave to file a brief [doc. no. 4], judicial notice [doc. no. 6], summary declaratory judgment [doc. no. 8], estoppel re multiple issues [doc. no. 11], hardship relief [doc. no. 12], medical records [doc. no. 14], summary judgment [doc. no. 24], an order striking response [doc. no. 25], summary declaratory judgment [doc. no. 29], entry of default and default judgment [doc. no. 34], findings of fact and conclusions of law [doc. no. 39], and leave to amend his brief [doc. nos. 49, 52]. Defendant has filed a motion to dismiss for lack of subject matter jurisdiction [doc. no. 42].

1   On May 12, 2009, the Court issued an order disposing of all pending motions except for
2   Defendant's motion to dismiss for lack of subject matter jurisdiction. The Court directed
3   Plaintiff to file any opposition on or before May 22, 2009. Plaintiff failed to file opposition and
4   in fact has not filed any documents in this case since May 2009. Defendant's motion is well-
5   taken and will be granted for the reasons stated therein.

**ORDER**

Defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED. The Clerk of the Court shall close the file.

DATED: 9/13/2010

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:
2
3  Theophous H Reagans , Jr    theophous.reagans@ssa.gov
4
5  Ronald A. Locke
   977 S. Bascom Avenue
   San Jose, CA 95128
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 08-1608 JF (HRL)
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SMJ
(JFLC2)